No. 3324.—GANDÍA CÓRDOVA, aplte., *v.* STUBBE, apldo.—C.

D. San Juan, Disto. 1º. Nulidad de contrato. Mar. 9, 1926. Siendo la única cuestión resuelta en verdad de modo definitivo por la corte de distrito y esta Corte Suprema, la elección de remedio; *no ha lugar* a la remisión de los exhibits de que se trata.